Ronald Richards, Esq. (SBN 176246)
Nicholas Bravo, Esq.  (SBN 264299)
**THE LAW OFFICES OF**
**RONALD RICHARDS & ASSOCIATES, A.P.C.**
P. O. Box 11480
Beverly Hills, California 90213
Tel: (310) 556-1001
Fax: (310) 277-3325
Email: ron@ronaldrichards.com
Email: nick@ronaldrichards.com
Attorneys for Defendants, 1169 HILLCREST, LLC and NAM2, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYVIEW CAPITAL, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> 1169 HILLCREST, LLC, a Nevada limited liability company; NAM2, LLC, a Nevada limited liability company; DOES 1 through 25, inclusive <br><br> Defendants, | Case No.: <br><br> **DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DECLARATION OF RONALD RICHARDS IN SUPPORT THEREOF** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendants 1169 HILLCREST, LLC and NAM2, LLC ("Defendants") hereby remove to this Court the State Court action described below:

1. On March 24, 2015, Plaintiff SKYVIEW CAPITAL, LLC, a Delaware limited liability company, filed this action in the Superior Court of the State of California, County of Los Angeles, as case no. SC123947.  Attached hereto as **Exhibit "A"** is a true and correct copy of the Summons and Complaint.  Plaintiff served the Summons and Complaint, by way of notice of acknowledge and receipt, upon Defendants' counsel on March 27, 2015.

2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

3. Plaintiff SKYVIEW CAPITAL, LLC, is a Delaware limited liability company bearing Entity No. 3578835, with its headquarters and principal place of business in Los Angeles, California.

4. Defendant 1169 HILLCREST, LLC, is a Nevada limited liability company with its headquarters and principal place of business in Las Vegas, Nevada.  All of its members are domiciled in, or are organized with their respective principal places of business, in Nevada.

5. Defendant NAM2, LLC, is a Nevada limited liability company with its headquarters and principal place of business in Las Vegas, Nevada.  All of its members are domiciled in, or are organized with their respective principal places of business, in Nevada.

6. Plaintiff's lawsuit asserts causes of action against Defendants for Specific Performance for Purchase of Real Property, and breach of Written Contract.  In addition to a prayer for specific performance, Plaintiff alleges at Paragraph 12 of its complaint that pursuant to the contract, it has already "released to defendants" its deposit of $665,400.00.  The alleged purchase price of the property at issue is stated to

be $22,180,000.00. (See Exhibit "1"-Seller's Counter Offer No. 1, to Ex. "A" attached hereto.)

    7. Thus the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

Date:   March 27, 2015         Respectfully submitted,

LAW OFFICES OF
RONALD RICHARDS & ASSOCIATES, APC

/s Ronald Richards

By:_____
RONALD RICHARDS, ESQ.
NICHOLAS BRAVO, ESQ.
Attorneys for Defendants, 1169 HILLCREST, LLC and NAM2, LLC

## DECLARATION OF RONALD RICHARDS, ESQ.

1. I am attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am the managing member of The Law Offices of Ronald Richards & Associates, APC, the attorneys for defendants 1169 HILLCREST, LLC and NAM2, LLC (collectively "Defendants"), in this action.

2. On March 24, 2015, Plaintiff SKYVIEW CAPITAL, LLC, a Delaware limited liability company, filed this action in the Superior Court of the State of California, County of Los Angeles, as case no. SC123947. Attached hereto as **Exhibit "A"** is a true and correct copy of the Summons and Complaint. Plaintiff served the Summons and Complaint, by way of notice of acknowledge and receipt, upon Defendants' counsel on March 27, 2015.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Diversity exists as Plaintiff is a Delaware limited liability company, with its principal place of business/entity address, as listed with the California Secretary of State, being located in Los Angeles, CA.

5. Defendant 1169 HILLCREST, LLC, is a Nevada limited liability company with its headquarters and principal place of business in Las Vegas, Nevada. All of its members are domiciled in, or are organized with their respective principal places of business, in Nevada.

6. Defendant NAM2, LLC, is a Nevada limited liability company with its headquarters and principal place of business in Las Vegas, Nevada. All of its members are domiciled in, or are organized with their respective principal places of business, in Nevada.

1  7. Plaintiff's lawsuit asserts causes of action against Defendants for Specific Performance for Purchase of Real Property, and breach of Written Contract. In addition to a prayer for specific performance, Plaintiff alleges at Paragraph 12 of its complaint that pursuant to the contract, it has already "released to defendants" its deposit of $665,400.00. Additionally, the alleged purchase price of the property for which Plaintiff seeks specific performance and/or damages as a result of Defendants' alleged breach of contract is stated to be $22,180,000.00. (See Exhibit "1"-Seller's Counter Offer No. 1, to Ex. "A" attached hereto.)

8. Thus I believe that the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a).

I declare under penalty of perjury under the laws of the United States of America the above to be true and correct and that this declaration was executed on March 27, 2015, at Los Angeles, California.

/s Ronald Richards
_____
Ronald Richards, Esq.