ANDREW S. PAULY (SBN 90145) and
ANDREW J. HALEY (SBN 202900), Members of
SHORELINE,
A Law Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Telephone: (310) 451-8001; Facsimile: (310) 395-5961
apauly@shoreline-law.com; ahaley@shoreline-law.com

Attorneys for Plaintiff
SKYVIEW CAPITAL, LLC

RONALD RICHARDS (SBN 176246)
Law Office of Ronald Richards & Associates
A Professional Corporation
P.O. Box 11480
Beverly Hills, California 90213
Telephone: (310) 556-1001; Facsimile: (310) 277-3325
ron@ronaldrichards.com

Attorneys for Defendants
1169 HILLCREST, LLC and NAM2, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SKYVIEW CAPITAL, LLC, etc.,<br><br>Plaintiff,<br><br>vs.<br><br>1169 HILLCREST, LLC, etc., et al.,<br><br>Defendants. | Case No.  2:15-cv-02321-DSF (VBKx)<br><br>**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT WITH THE COURT TO RETAIN JURISDICTION**<br><br>Judge:  Dale S. Fischer |

Plaintiff Skyview Capital, LLC ("Plaintiff") and defendants 1169 Hillcrest, LLC and NAM2, LLC (collectively, "Defendants") (Plaintiff and Defendants are collectively, the "Parties") have settled the dispute between them and entered into a written settlement agreement dated April 4, 2016 and amended in writing September 21, 2016 (collectively, the "Settlement Agreement").

///

1

1    It is hereby stipulated by and between the Parties through their designated counsel

2    that this entire action be dismissed with prejudice based on the following:

3    Except as may otherwise be provided in the Settlement Agreement, the Parties

4    waive any and all costs and attorneys' fees incurred in connection with this action. The

5    Parties also expressly agree that this Court shall retain jurisdiction to enforce the terms

6    of the Settlement Agreement including, without limitation, the various indemnity

7    obligations contained therein.

8    DATED: November 2, 2016.

9                                    Respectfully submitted,

10                                   SHORELINE,
                                     A Law Corporation

11                                   ANDREW S. PAULY

12                                   ANDREW J. HALEY

13

14                                   By: /S/ ANDREW J. HALEY

15                                        ANDREW J. HALEY, a Member of
                                          SHORELINE,
                                          A Law Corporation,
16                                        Attorneys for Plaintiff
                                          SKYVIEW CAPITAL, LLC
17

18   DATED: November 2, 2016.

                                     LAW OFFICES OF RONALD RICHARDS &
19                                   ASSOCIATES, APC

20                                   RONALD RICHARDS

21                                   NICHOLAS A. BRAVO

22

23                                   By: /S/ RONALD RICHARDS
                                          RONALD RICHARDS
24                                        Attorneys for Defendants
                                          1169 HILLCREST, LLC and NAM2, LLC

25

26

27

28
                                     2

2176330.2 - 22089.001

## **Attestation Under Local Rule 5-4.3.4**

All other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this Joint Status Report and have authorized its filing.

/S/ ANDREW J. HALEY

3

2176330.2 - 22089.001

**CERTIFICATE OF SERVICE**
*SKYVIEW CAPITAL, LLC, etc. v. 1169 HILLCREST, LLC, etc., et al.*
**U.S.D.C. Case No. 15-cv-02321-DSF (VBKx)**

I hereby certify that on November 2, 2016, copies of the foregoing **JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT WITH THE COURT TO RETAIN JURISDICTION** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.


By:   /s/ ANDREW J. HALEY
ANDREW J. HALEY

4

2176330.2 - 22089.001